UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SIDNEY SIMMS

    *Plaintiff,*

v.

PETE BUTTIGIEG,

    *Defendant.*

Case No. 22-2115 RMM

## PLAINTIFF'S INITIAL DISCLOSURES

Plaintiff, Sidney Simms, by and through undersigned counsel, respectfully provides the following fact initial disclosures pursuant to Federal Rule of Civil Procedure ("Rule") 26(a).

**I.    Names and addresses of individuals likely to have discoverable information that the Plaintiff may use to support his claims or defenses, unless solely for impeachment.**

The following persons may have discoverable information pertaining to the allegations raised in Plaintiff's complaint and/or Defendant's defenses.

1. Plaintiff – Can be contacted through Counsel

Plaintiff has personal knowledge of all of the facts and circumstances of her case, all of her claims and damages.

2. Ryan Fisher
3. Molly Vorce
4. Arion Chapman
5. Lisa Armstead

All of the witnesses identified in Nos. 2-5 are current employes of the Federal Aviation Administration, for whom Plaintiff worked and have have information related to Plaintiff's employment, the claims in her Complaint and the facts and circumstances surrounding her employment, claims of discrimination and termination.

**II.    Copies or descriptions of all documents in the Plaintiff's control or possession that it may use to support its claims or defenses**

Pursuant to Rule 26(a), the following documents, as described by category and location, may be referenced by Plaintiff in supporting her claims.

1. All documents within Plaintiff's possession, custody and control related to her claim of discrimination filed with EEOC
2. Plaintiff's job descriptions
3. Plaintiff's performance evaluations

    Additional documents in the possession, custody and control of Defendant

4. Plaintiff's employment file
5. Documents provided to the EEOC in response to Plaintiff's Charge

### III.     Computation of any category of damages

**Plaintiff is seeking:**

Back Pay – At least $35,000 (lost pay while unemployed)

Front Pay - $20,000 (accruing at $10,000/year)
   After being terminated by the FAA, Plaintiff found a contract job that pays approximately $10,000 less per year

Compensatory Damages - $300,000.00

Attorneys' Fees – Approximately $15,000.00, through and including this filing.

February 27, 2023                                  Respectfully Submitted,

/s/Neil S. Hyman
Neil S. Hyman, Esq.
Bar No. 465047
Law Office of Neil S. Hyman
4520 East West Highway, Suite 700
Bethesda, Maryland 20814
(301) 841-7105
neil@neilhymanlaw.com
*Attorney for Plaintiff*