UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SYDNEY SIMMS,<br><br>      *Plaintiff*,<br><br>v.<br><br>PETE BUTTIGIEG<br>Secretary of Transportation,<br><br>      *Defendant*. | Civil Action No. 22-2115 (ABJ) |

### DEFENDANT'S RULE 26(a)(1) INITIAL DISCLOSURES

Defendant Pete Buttigieg, in his official capacity as Secretary of Transportation, by and through undersigned counsel, hereby submits Initial Disclosures pursuant to Federal Rule of Civil Procedure 26(a)(1).

**I.**     **Individuals Likely to Have Discoverable Information**

1. Sydney Simms
   C/o Neil Hyman, counsel for Plaintiff

   Ms. Simms is the plaintiff in this action.

2. Ryan Fisher
3. Molly Vorce
4. Jennifer Komnenous

   The above individuals were Ms. Simms' supervisors and coworkers during the time period in question and may have information regarding Ms. Simms' treatment and working conditions. They may be contacted through counsel for Defendant.

5. Any other individuals identified in the Report of Investigation.

6. Any other individuals Plaintiff identified.

**II.   Documents**

Documents in Defendant's possession may be used to support its defenses include:

1. The administrative records and Report of Investigation from Plaintiff's EEO proceedings.

2. Any other documents that Plaintiff produces in discovery or otherwise identifies.

Defendant reserves the right to raise applicable objections to the production of certain documents and to supplement its production upon completion of discovery.

**III.   Damages**

Defendant is not currently claiming any damages.

**IV.   Insurance**

Defendant is self-insured.

*   *   *   *

Pursuant to Federal Rule of Civil Procedure 26(e), Defendant reserves the right to supplement or amend these disclosures.

Dated: February 27, 2023
      Washington, DC

Respectfully submitted,

MATTHEW M. GRAVES
D.C. Bar No. #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By:   */s/ Kartik N. Venguswamy*
KARTIK N. VENGUSWAMY
D.C. Bar No. #983326
Assistant United States Attorney
601 D Street, NW
Washington, D.C. 20530
Tel: (202) 252-1790
kartik.venguswamy@usdoj.gov

*Attorneys for Defendant*