UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SIMMS,<br><br>Plaintiff,<br><br>v.<br><br>BUTTIGIEG,<br><br>Defendant. | Case No.: 22-cv-2115 (RMM) |

**SCHEDULING ORDER AND ORDER ESTABLISHING PROCEDURES FOR CIVIL CASES PENDING BEFORE MAGISTRATE JUDGE ROBIN M. MERIWEATHER**

Following the February 28, 2023 Initial Scheduling Conference held in this case, it is hereby **ORDERED** that the case shall proceed subject to the procedures and deadlines set forth below:

I. **Procedures Governing this Case**

   A. *Extension of Deadlines*

The parties may not stipulate to extend the deadlines set by the Court and must seek such extensions by motion. A motion for extension of time that is filed on or after the date a deadline expires will be viewed with disfavor.

   B. *Communications with Chambers*

The Court discourages unsolicited phone calls to chambers. If unusual circumstances arise that require a phone call to chambers, as opposed to the submission of a motion or notice on the docket, counsel for both parties shall jointly call chambers. The Court will not entertain *ex parte* communications.

**II.     Issues Addressed in Initial Scheduling Conference**

   *A. Discovery*

      1.   Deadlines

Discovery shall proceed subject to the following schedule:

|  |  |
|---|---|
| Fact Discovery Commences | February 27, 2023 |
| Fact Discovery Closes | July 17, 2023 |

      2.   Depositions and Interrogatories

Each party may take up to ten (10) depositions pursuant to Federal Rule of Civil Procedure 30 and serve twenty-five (25) interrogatories pursuant to Federal Rule of Civil Procedure 33.  If any party seeks to take more than ten (10) depositions or serve more than twenty-five (25) interrogatories, counsel for that party shall confer with opposing counsel and file a Notice with the Court, indicating whether both parties consent.

      3.   Discovery Disputes

No discovery motion may be filed without leave of the Court.  If a discovery dispute arises, the parties shall confer and make a good faith effort to resolve or narrow the areas of disagreement.  If the parties are unable to resolve the discovery dispute, the parties shall **jointly email** chambers at Meriweather_Chambers@dcd.uscourts.gov with a clear, concise description of the issues in dispute and each party's position on the disputed issues.  The Court will respond as soon as practicable to schedule a telephone conference with the parties or set a schedule for briefing the discovery dispute.

   *B. Post-Discovery Status Conference*

The Court will hold a post-discovery status conference on August 8, 2023 at 12:00PM via videoconference.  At that status conference, the Court will consider requests from the parties

regarding proposed deadlines for the submission of dispositive motions and pretrial motions and proposed dates for a pretrial conference and trial.

### C. *Mediation*

At the post-discovery status conference, the parties will be asked whether they would like the case referred for mediation with a Magistrate Judge or through the Circuit Court Mediation Program. If the parties seek a mediation referral prior to the status conference, they should jointly file a brief motion so that a referral may be issued.

### D. *Dispositive Motions*

The Court will set a schedule for summary judgment briefing, if necessary, at the post-discovery status conference. The parties should review and must adhere to Local Civil Rule 7(h) when filing a motion for summary judgment or an opposition to such a motion. In addition, any party that files a document constituting, supporting, or opposing a dispositive motion that, together with its exhibits, attachments, and affidavits, exceeds 100 pages, shall provide the Court a courtesy copy of said document.

**SO ORDERED.**

Dated:  March 6, 2023

ROBIN M. MERIWEATHER
UNITED STATES MAGISTRATE JUDGE