UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                        )
SYDNEY SIMMS,                           )
                                        )
        *Plaintiff*,                    )
                                        )
    v.                                  )        Civil Action No. 22-2115 (ABJ)
                                        )
PETE BUTTIGIEG,                         )
Secretary of Transportation             )
                                        )
        *Defendant*.                    )
_____ )

## CONSENT MOTION FOR EXTENSION OF TIME

Pursuant to Federal Rule of Civil Procedure 6(b), Defendant respectfully moves to extend the briefing deadlines for summary judgment in this Court's August 22, 2023, Minute Order, by two weeks—*i.e.*, permitting Defendant to file their Motion for Summary Judgment no later than October 13, 2023.  Plaintiff, through counsel, has graciously consented to the relief requested in this motion.  In support of this motion, Defendant states the following:

## BACKGROUND

1.    This case was commenced by Plaintiff on July 19, 2022.  On August 2, 2022, Plaintiff served her Complaint on the United States Attorney.

2.    Defendant's Motion for Summary Judgment is currently due October 2, 2023.

## BASIS FOR EXTENSION REQUEST

3.    Good cause exists to grant this motion.  Plaintiff's Complaint concerns allegations of discrimination under Title VII, the ADEA, and the ADA.  Undersigned counsel has been making diligent efforts to coordinate with agency counsel and prepare a motion for summary judgment.

4.      Undersigned counsel is dependent upon agency counsel to finalize preparations for the

motion, and is also required to submit any motion for internal review.  However, this

process is taking longer than anticipated, especially in light of the potential government

shutdown which has necessitated preparations from all concerned.

5.      The undersigned therefore requires additional time to confer with agency counsel, finalize

the motion, and complete internal review.

## **OTHER RELEVANT INFORMATION**

6.      This motion is being filed in good faith and not for purposes of gaining any unfair

advantage through delay.

7.      In accordance with Local Civil Rule 7(m), undersigned counsel contacted counsel for

Plaintiff via email on September 29, 2022, to obtain his position on the relief sought in

this motion.  Plaintiff, through counsel, has consented to the relief requested.

8.      This is Defendant's first request for an extension of this deadline.

9.      Granting this motion will not affect any other deadlines, as no other deadlines are set.

Nor will granting this motion unduly delay resolution of this case.

*        *        *

WHEREFORE, for the foregoing reasons, Defendant respectfully requests that the Court grant this Motion and extend the deadlines relating to summary judgment, permitting Defendant until October 13, 2023, to file a motion for summary judgment.  A proposed Order consistent with this request is attached herewith.


Dated: September 29, 2023
Washington, DC                                    Respectfully submitted,

                                                  MATTHEW M. GRAVES
                                                  D.C. Bar No. #481052
                                                  United States Attorney

                                                  BRIAN P. HUDAK
                                                  Chief, Civil Division

                                    By:      /s/ Kartik N. Venguswamy
                                                  KARTIK N. VENGUSWAMY
                                                  D.C. Bar No. #983326
                                                  Assistant United States Attorney
                                                  601 D Street, NW
                                                  Washington, D.C. 20530
                                                  Tel: (202) 252-1790
                                                  kartik.venguswamy@usdoj.gov

                                                  *Attorneys for the United States of America*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| SYDNEY SIMMS, | ) | |
| | ) | |
| *Plaintiff*, | ) | |
| | ) | |
| v. | ) | Civil Action No. 22-2115 (ABJ) |
| | ) | |
| PETE BUTTIGIEG, | ) | |
| Secretary of Transportation | ) | |
| | ) | |
| *Defendant*. | ) | |

## <u>ORDER</u>

Upon consideration of Defendant's Consent Motion for Extension of Time, and the entire record herein, it is hereby **ORDERED** that the Motion is **GRANTED**.

It is **FURTHER ORDERED** that the time for Defendant to file a motion for summary judgment is hereby extended up to and including October 13, 2023.

It is **SO ORDERED** this _____ day of _____, 2023.

_____
UNITED STATES DISTRICT JUDGE