UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SIDNEY SIMMS<br><br>*Plaintiff,*<br><br>v.<br><br>PETE BUTTIGIEG,<br><br>*Defendant.* | Case No. 22-2115 RMM |

CONSENT MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION TO MOTION FOR SUMMARY JUDGMENT

Plaintiff, Sydney Simms, by and through her undersigned counsel, with consent from Defendant's Counsel hereby moves this Court for an extension of time to respond to Defendant's Motion to for Summary Judgment and in support thereof, states follows:

1. Defendant filed a Motion for Summary Judgment on October 13, 2023 which was the deadline to file a based on the Court's prior scheduling order and several extensions consented to by Plaintiff.

2. Plaintiff's Opposition is due on or before November 17, 2023.

3. Due to other commitments and client demands, Plaintiff's counsel requires additional time to complete the Opposition to the Motion for Summary Judgment.

4. The parties have agreed to extend the deadline for Plaintiff to respond to the Motion for Summary Judgment until December 1, 2023.

5. The parties have further consented to extend Defendant's deadline to file a its reply brief, currently due on December 4, 2023, until December 18, 2023.

6. No party will suffer prejudice from the granting of this Motion.

WHEREFORE, Plaintiff respectfully requests that this Court:

A. Grant the Request to Extend the Deadline to Respond to the Motion to Dismiss until December 1, 2023;

B. Extend Defendant's Deadline to file its reply brief until December 18, 2023

Dated: November 16, 2023   Respectfully Submitted,

/s/Neil S. Hyman_____
Neil S. Hyman, Esquire
DC Bar No. 465047
Law Office of Neil S. Hyman, LLC
4520 East West Highway, Suite 700
Bethesda, Maryland 20814
301-841-7105 (p)
neil@neilhymanlaw.com